No. 72–635. GLUSMAN ET AL. *v.* BOARD OF TRUSTEES OF THE UNIVERSITY OF NORTH CAROLINA. Appeal from Sup. Ct. N. C. Judgment vacated and case remanded for further consideration in light of *Vlandis* v. *Kline, ante,* p. 441. MR. JUSTICE DOUGLAS would affirm the judgment.

No. 72–6012. KELSAW *v.* OREGON. Ct. App. Ore. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Wardius* v. *Oregon, ante,* p. 470. MR. JUSTICE DOUGLAS would grant certiorari and reverse the judgment for reasons set forth in his separate opinion in *Wardius* v. *Oregon, ante,* p. 479.

No. A–1079. JOHNSON *v.* MISSOURI. Sup. Ct. Mo. Application for bail presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

No. A–1186. WALLER *v.* FLORIDA. Application for stay of execution and enforcement of judgment of conviction in Circuit Court for Pinellas County, Florida, presented to MR. JUSTICE POWELL, and by him referred to the Court, granted pending further order of this Court.

No. 72–1035. ROGERS *v.* LOETHER ET AL. C. A. 7th Cir. [Certiorari granted, *ante,* p. 937.] Motion of respondents for leave to proceed further herein *in forma pauperis* or in the alternative to submit respondents' brief in typewritten form denied.

No. 72–1086. DeLONG CORP. ET AL. *v.* OREGON, BY AND THROUGH STATE HIGHWAY COMMISSION, 411 U. S. 965. Motion of respondent for allowance of attorney's fees denied.